# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROLDAN ROBLEDO, JR.,<br><br>v.<br><br>MICHAEL J. ASTRUE | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: C09-5303 RJB |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation of the magistrate judge (Dkt. 15) is **ADOPTED**. The decision of the Commissioner of Social Security, denying plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income, is **AFFIRMED**.

| | |
|---|---|
| February 25, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/Mary Trent* |
| | Deputy Clerk |